**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────────────

**DEBORAH ASHCRAFT,**

                    **Plaintiff,**

                                                            **7:11-CV-139**

          **v.**

**COMMISSIONER OF SOCIAL SECURITY,**

                    **Defendant.**
─────────────────────────────────────────────

**Thomas J. McAvoy,**
**Senior United States District Judge**


**DECISION and ORDER**

    This matter was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for

a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules

of the Northern District of New York.  In a Report and Recommendation dated December 12, 2011

("Report-Recommendation"), Magistrate Judge Baxter recommended that the Commissioner's

decision be reversed, and this action be remanded for calculation of benefits for the closed period in

question: August 28, 2003 until August 10, 2005.  No objections to the Report and

Recommendation have been lodged and the time for filing objections has expired.

**CONCLUSION**

    After examining the record, this Court has determined that the Report and Recommendation

is not subject to attack for plain error or manifest injustice.  Therefore, the Court **ADOPTS** the

Report and Recommendation for the reasons stated therein.   The Commissioner's decision is

1

**REVERSED**, and this action is **REMANDED** for calculation of benefits for the closed period in question: August 28, 2003 until August 10, 2005.

**IT IS SO ORDERED.**

Dated: February 17, 2012

Thomas J. McAvoy
Senior, U.S. District Judge

2