UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DEBORAH ASHCRAFT,

        Plaintiff,

                                                          7:11-CV-139

   v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

---

Thomas J. McAvoy,
Senior United States District Judge

### DECISION and ORDER

This matter was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. In a Report and Recommendation dated December 12, 2011 ("Report-Recommendation"), Magistrate Judge Baxter recommended that the Commissioner's decision be reversed, and this action be remanded for calculation of benefits for the closed period in question: August 28, 2003 until August 10, 2005. No objections to the Report and Recommendation have been lodged and the time for filing objections has expired.

### CONCLUSION

After examining the record, this Court has determined that the Report and Recommendation is not subject to attack for plain error or manifest injustice. Therefore, the Court **ADOPTS** the Report and Recommendation for the reasons stated therein. The Commissioner's decision is

1

**REVERSED**, and this action is **REMANDED** for calculation of benefits for the closed period in question: August 28, 2003 until August 10, 2005.

**IT IS SO ORDERED.**

Dated: February 17, 2012

Thomas J. McAvoy
Senior, U.S. District Judge